**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1874**

---

JOHN B. KIMBLE,

                                  Plaintiff - Appellant,

     versus

STATE BOARD OF ELECTIONS; ROBERT L. ERLICH,
JR., Governor; R. KARL AUMANN, Secretary of
State; JOHN WILLIS, Secretary of State;
ADMINISTRATIVE STATE BOARD OF ELECTIONS; NANCY
KOPP, in her official capacity as Secretary of
State,

                                  Defendants - Appellees,

     and

THE STATE OF MARYLAND; STATE OF MARYLAND
ADMINISTRATIVE ELECTION BOARD; PARRIS N.
GLENDENING, Office of Governor of Maryland,

                                  Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Andre M. Davis, District Judge. (CA-02-
2984-8)

---

Submitted: November 19, 2004     Decided: February 1, 2005

---

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

John B. Kimble, Appellant Pro Se.  Kathryn Michele Rowe, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland; Maureen Mullen Dove, Assistant Attorney General, Steven Marshall Sullivan, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John B. Kimble appeals the district court's order granting Defendants' motion to dismiss his civil complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>See</u> <u>Kimble v. Maryland</u>, No. CA-02-2984-8 (D. Md. June 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>